AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA
V.
GEORGE GRACIE
41 POOLE STREET
WOBURN   MA 01801

**SUMMONS IN A CRIMINAL CASE**

Case Number:    04-10059-MEL

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time |
| Before:   MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE | **MARCH 17, 2004 at 3:00 P.M.** |

To answer a(n)
X  Indictment        Information        ComplaintCom        Violation        Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1341

Brief description of offense:

SEE ENCLOSED


**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 12:00 P.M., MARCH 17, 2004; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**


*Marianne B. Bowler, USMJ*
Signature of Issuing Officer

March 2, 2004
Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

|  |
|---|
| **RETURN OF SERVICE** |
| Service was made by me on:[1]  Date |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____ <br><br> ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____ <br><br> ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
          Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.