# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

GEORGE GRACIE

CRIMINAL CASE NO. 04-10059-MEL

## APPOINTMENT OF FEDERAL DEFENDER
## (MIRIAM CONRAD)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **March 19, 2004** to represent said defendant in this cause until further order of the Court.

By: /s/
MARIANNE B. BOWLER
Chief United States Magistrate Judge

DATE: March 19, 2004

(FPDAPPNOTICECUSMJB.wpd - 11/98)    [koapptpd.]