CJA-23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

USA v.s. George Gracie
FOR
AT

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
▶ 04-10059-MEL

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ 6/02

If married is your Spouse employed? ☐ Yes  ☐ No  N/A
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

RECEIVED $ 190.00   6/2/190.00   SOURCES Pension
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH** Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 1,000

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ 335,000 / 15,000
DESCRIPTION House / Truck

---

**DEPENDENTS**

MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED

Total No. of Dependents: _____

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: 1st + 2nd Mtg
CH-13
Utility Co.
Health Ins

Creditors / Total Debt / Monthly Paymt.
$ 2000  / $ 2,000
$ 400   / $ 186
$       / $ 60
$       / $ 70

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ /s/ George Gracie
(OR PERSON REPRESENTED)