AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GEORGE GRACIE

**WARRANT FOR ARREST**

CASE NUMBER: 04-10059-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GEORGE GRACIE_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
MAIL FRAUD

in violation of
Title _____18_____ United States Code, Section(s) _1341_

MARIANNE B. BOWLER
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

March 17, 2004 @ Boston
Date and Location

Bail fixed at $ _____  by Marianne B. Bowler, USMJ
                                Name of Judicial Officer

|  | **RETURN** |  |
|---|---|---|
| at | | |
| | WARRANT EXECUTED BY FBI<br>ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 5/14/04 | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.