UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>GEORGE GRACIE    ) | CRIMINAL NO. 04-10059-MEL |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, George Gracie, moves to continue the initial status conference in this case, currently scheduled for April 30, 2004, to May 4, 2004. As grounds for this motion, undersigned counsel states that she will be out of town on April 30. The parties request that the time between April 30 and May 4 be excluded from the Speedy Trial Act calculation, in the interests of justice.

Assistant U.S. Attorney Jack W. Pirozzolo has stated that he assents to this motion.

                                GEORGE GRACIE
                                By his attorney,

                                /s/

                                Miriam Conrad
                                    B.B.O. # 550223
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Jack W. Pirozzolo by delivery on April 12, 2004.

                                      /s/
                                Miriam Conrad