UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 04-CR-10059-MEL |
| | ) |
| GEORGE A. GRACIE | ) |
| | ) |
| Defendant. | ) |

## ASSENTED TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

May 4, 2004 through July 13, 2004 (the date set by the Court for an interim status conference in this matter).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents produced by the government in order to prepare his defense. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

_____
Jack W. Pirozzolo
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: May 4, 2004

## CERTIFICATE OF CONFERENCE

I, Jack W. Pirozzolo, hereby certify that on May 4, 2004, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

_____
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on May 4, 2004, I served a copy of the foregoing motion by mail on counsel for the defendant.

_____
Jack W. Pirozzolo