UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-CR-10059-MEL |
| | ) | |
| GEORGE A. GRACIE | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION FOR EXCLUDABLE DELAY**

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

> July 14, 2004 through September14, 2004 (the date set by the Court for an interim status conference in this matter).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents produced by the government in order to prepare his defense. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

\_\_\_\_\_/s/ Jack W. Pirozzolo\_\_\_\_
JACK W. PIROZZOLO
Assistant U.S. Attorney

Dated: July 13, 2004

**CERTIFICATE OF CONFERENCE**

I, Jack W. Pirozzolo, hereby certify that on July 13, 2004, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

/s/ Jack W. Pirozzolo_____

JACK W. PIROZZOLO

**CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on July 13, 2004, I served a copy of the foregoing motion by mail on counsel for the defendant.

                                      /s/ Jack W. Pirozzolo
                                      JACK W. PIROZZOLO