UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-CR-10059-MEL |
| | ) | |
| GEORGE A. GRACIE | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from July 14, 2004 through September 14, 2004 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Hon. Marianne B. Bowler
Chief Magistrate Judge

Dated: