UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-CR-10059-MEL
)
GEORGE A. GRACIE, )
Defendant )

## ASSENTED TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

September 14, 2004 through November 16, 2004 (the date set by the Court for an interim status conference in this matter).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents produced by the government in order to prepare his defense. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jack W. Pirozzolo
JACK W. PIROZZOLO
Assistant U.S. Attorney

Date: September 14, 2004

## CERTIFICATE OF CONFERENCE

I, Jack W. Pirozzolo, hereby certify that on September 14, 2004, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

```
_____
JACK W. PIROZZOLO
Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on September 14, 2004, I served a copy of the foregoing motion by mail on counsel for the defendant.

```
_____
JACK W. PIROZZOLO
Assistant U.S. Attorney
```

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>GEORGE A. GRACIE,    )<br>Defendant    ) | Criminal No. 04-CR-10059-MEL |

### ORDER

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from September 14, 2004 through November 16, 2004 outweigh the best interests of the public and the defendant in a speedy trial.

_____
Hon. Marianne B. Bowler
Chief Magistrate Judge

Dated: