UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10059-MEL |
| ) | |
| GEORGE GRACIE ) | |

<u>JOINT MOTION TO SCHEDULE RULE 11 HEARING</u>

The United States of America and defendant, George Gracie, respectfully move that this Court schedule a Rule 11 hearing in this case.

As grounds for this motion, defendant has indicated his intention to change his plea.

The parties agree that the time from November 16, 2004 until the date of the Rule 11 hearing should be excluded under the Speedy Trial Act.


| | |
|---|---|
| MICHAEL SULLIVAN | GEORGE GRACIE |
| United States Attorney | By his attorney, |
| By, | |
| | |
| /s/ Jack Pirozzolo | /s/ Miriam Conrad |
| | |
| John Pirozzolo | Miriam Conrad |
| Assistant U.S. Attorney | B.B.O. #550223 |
| U.S. Attorney's Office | Federal Defender Office |
| One Courthouse Way | 408 Atlantic Ave., 3rd Floor |
| Boston, MA 02210 | Boston, MA 02110 |
| Tel: 617-748-3100 | Tel: 617-223-8061 |

November 16, 2004