UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 04-CR-10059-MEL |
| ) | |
| GEORGE A. GRACIE, ) | |
| Defendant ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

November 16, 2004 (the date set by the Court for an interim status conference in this matter) through January 13, 2005 (the date now set for a plea hearing).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with a plea hearing originally scheduled for December 2, 2004, but now scheduled for January 13, 2005. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JACK W. PIROZZOLO
Assistant U.S. Attorney

Dated: December 3, 2004

## CERTIFICATE OF CONFERENCE

I, Jack W. Pirozzolo, hereby certify that on December 3, 2004, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

_____
JACK W. PIROZZOLO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Jack W. Pirozzolo, hereby certify that on December 3, 2004, I served a copy of the foregoing motion by mail on counsel for the defendant.

JACK W. PIROZZOLO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 04-CR-10059-MEL |
| v. ) | |
| ) | |
| GEORGE A. GRACIE, ) | |
| Defendant ) | |

## ORDER

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from November 16, 2004 through January 5, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

HONORABLE MORRIS E. LASKER
U.S. District Judge

Dated: December ___, 2004.