UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 04-CR-10059-MEL |
| v. ) | |
| ) | |
| GEORGE A. GRACIE, ) | |
| Defendant ) | |

### ORDER

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from November 16, 2004 through January 5, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

_____
HONORABLE MORRIS E. LASKER
U.S. District Judge

Dated: December 20th, 2004.