UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-CR-10059-MEL |
| | ) | |
| GEORGE A. GRACIE | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY**

The United States files this assented-to motion requesting the Court to exclude the following period of time under the Speedy Trial Act:

January 5, 2005 (the date through which the court has previously excluded) through January 24, 2005 (the date now set for a plea hearing).

This period is excludable under 18 U.S.C. § 3161(h)(8)(A). The defendant has requested additional time to review documents in connection with a plea hearing originally scheduled for December 2, 2004, but now scheduled for January 24, 2005. The defendant has assented to the exclusion of this time under the Speedy Trial Act. A form order is attached at Tab A.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                /s/ Jack W. Pirozzolo
                JACK W. PIROZZOLO
                Assistant U.S. Attorney
                U.S. Attorney's Office
                U.S. Courthouse, Suite 9200
                1 Courthouse Way
                Boston, MA 02210

Date: January 12, 2005

**CERTIFICATE OF CONFERENCE**

  I, Jack W. Pirozzolo, hereby certify that on January 11, 2005, I conferred with Miriam Conrad, counsel for defendant George Gracie, who stated that she assents to the motion.

              /s/ Jack W. Pirozzolo
              JACK W. PIROZZOLO
              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

  I, Jack W. Pirozzolo, hereby certify that on January 12, 2005, I served a copy of the foregoing motion by mail on counsel for the defendant.

              /s/ Jack W. Pirozzolo
              JACK W. PIROZZOLO
              Assistant U.S. Attorney