UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-CR-10059-MEL |
| | ) | |
| GEORGE A. GRACIE | ) | |
| Defendant | ) | |

**<u>ORDER</u>**

The United States' Assented-To Motion For Excludable Delay is GRANTED. For the reasons set forth in the United States' Assented-To Motion the interests of justice served by excluding the time period from January 5, 2005 through January 24, 2005 outweigh the best interests of the public and the defendant in a speedy trial.

                                                                                     _____
                                                                                     Honorable Morris E. Lasker
                                                                                     U.S. DISTRICT JUDGE

Dated: January ___, 2005