UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 04-CR-10059-MEL |
| ) | |
| GEORGE A. GRACIE, ) | |
| Defendant ) | |

## DISMISSAL OF SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48, the United States hereby seeks dismissal, with leave of court, of the Superseding Indictment in this matter. On January 31, 2005, the defendant pled guilty to the original Indictment in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

/s/ Jack W. Pirozzolo
JACK W. PIROZZOLO
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: February 9, 2005

So ordered:

_____
Honorable. Morris E. Lasker