UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10059-MEL |
| ) | |
| GEORGE GRACIE ) | |

<u>MOTION TO ENLARGE TIME FOR FILING SENTENCING MEMORANDUM</u>

Defendant, George Gracie, respectfully moves that this Court enlarge until April 18 the time for him to file a sentencing memorandum.

As grounds for this motion, undersigned counsel states that she has been busy with other pressing matters, including administrative matters associated with her new position as Acting Federal Public Defender, to which she was named earlier this week.

```
                              GEORGE GRACIE
                              By his attorney,

                              /s/ Miriam Conrad

                              Miriam Conrad
                                B.B.O. # 550223
                              Federal Defender Office
                              408 Atlantic Avenue 3rd Fl.
                              Boston, MA  02210
                              Tel: 617-223-8061
```