

# MOUNT AUBURN HOSPITAL
### Prevention and Recovery Center

April 5, 2005

Miriam Conrad, Attorney-at-law
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

RE: Mr. George Gracie
    D.O.B. 5/9/45

Dear Attorney Conrad:

The following is a summary of a gambling evaluation interview conducted by the undersigned with the above-named client on 3/30/05. The client reports that this evaluation was requested by the Federal Defenders' Office in connection with Mr. Gracie's conviction in 2/05 of mail fraud. All information used in making this assessment was provided by the client during the evaluation interview.

FAMILY, SOCIAL, EDUCATION, EMPLOYMENT HISTORY:

The client is a 59 year-old, unmarried man, living alone in Woburn, MA. He reports that he has been unemployed for the past three years. He is a college graduate who completed his degree in finance while attending night school. He states that he was employed in the banking and credit union profession for many years, and served as the Chief Financial Officer of a major credit union until he was laid off three years ago.

Mr. Gracie is the older of two children. His younger brother, 53, is married and lives nearby. Reportedly, the client's mother, who had been a technician at Raytheon, died from cancer in March, 1994, and his father, a retired union carpenter, also died from cancer in March, 1998. The client reports that he was very close to his parents. He states that they were both "social gamblers".

MEDICAL/PSYCHOLOGICAL HISTORY:

The client reports that in 1978 at age 33, he received radiation treatment for testicular cancer. His current medical issues include: high cholesterol, hypertension, glaucoma and psoriasis. His Primary Care Physician, reportedly, prescribes medication for high cholesterol and hypertension, but not for glaucoma or psoriasis. He is a gourmet cook and eats a variety of food. His exercise includes long walks, home renovations and yard



A community teaching
hospital of Harvard
Medical School

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052

work.

The client denies any mental health problems or treatment. He also denies any family history of mental health issues. He states that he has not been involved in a romantic relationship since college.

LEGAL HISTORY:

According to the client, in April, 2004, he was arrested for embezzeling funds but was actually charged with 13 counts of mail fraud for receiving bank statements. He pleaded guilty and is presently involved in a pre-sentencing determination. He denies any prior legal problems.

SUBSTANCE USE/ABUSE HISTORY:

Mr. Gracie reports having his first drink at age 12 or 13 but found that alcohol made him ill. He states that he very rarely drinks due to this allergic reaction and that his last drink was 3 or 4 years ago. The client denies ever using illicit drugs.

GAMBLING HISTORY:

The client reports his first gambling experience was in 1971, at age 26, when he accompanied his parents on a cross-country camping trip. They stopped at Las Vegas and the client, reportedly, won $35,000 playing slots and table games. Later on, he made a trip to the Atlantic City casinos. When the Connecticut casinos opened in the early 80's, the client went there with his parents once a month to play the slots and table games. He claims that during this period, his gambling was under control. He states that he won a lot of money, would bet $1000 or so and would be able to leave with his winnings.

The client also reports that gambling is widely accepted in his profession and many conferences and conventions were held at or near gambling establishments; therefore, when he traveled on business, he would often extend his trip to spend time gambling.

According to the client, his gambling became problematic after his father died in 1998. He would then frequent the casinos a few times a month. After losing his job in 2002, he traveled to the casino two times a week, spending approximately $500 each time. He reports being angry with himself because of his losses but was unable to set limits on his gambling. When losing, he continued gambling to try to recover his losses and when ahead, he felt compelled to try to increase his winnings. He states that during the last 6 months of his gambling (February through August, 2004) he began to write unauthorized checks from an investment fund. In all, the client reports that he lost over $500,000.

Mr. Gracie readily admits that he is addicted to gambling and would like help in understanding his addiction.

ASSESSMENT AND RECOMMENDATIONS:

The Massachusetts Council on Compulsive Gambling describes compulsive gambling as a "disorder characerized by an overwhelming, uncontrollable

obsession to gamble". Some typical behaviors associated with pathological/compulsive gambling include: preoccupation with gambling, spending more time, money or emotional energy on gambling than reasonably can be afforded; gambling to escape unpleasant feelings or to cope with another problem; and continuing to gamble despite adverse consequences that affect family, relationships and educational or vocational pursuits." The Diagnostic and Statistical Manual of Mental Disorders (DSM IV), referring to pathological/compulsive gambling, states: "When the individual's borrowing resources are strained, the person may resort to antisocial behavior (e.g. forgery, fraud, theft, or embezzlement) to obtain money (Criteron A8).

Based upon information gathered in the interview, it would appear that Mr. Gracie is, indeed a pathological/compulsive gambler. We, therefore, make the following recommendations for this client:

1. Continue to abstain from all gambling.

2. Attend outpatient counseling in a gambling program for a minimum of 24 weeks.

3. Attend Gamblers Anonymous 3 times per week.

Sincerely,

Marguerite Waterman

Marguerite Waterman, LICSW, CADAC, LADC I