

# MEMORANDUM

DATE: April 9, 2008

TO: The Honorable Morris E. Lasker
Senior U. S. District Court Judge

FROM: Lisa A. Dube'
U.S. Probation Officer

SUBJECT: **GRACIE, George**
**Docket #: 1:04CR10059-001**
**RESTITUTION PAYMENT SCHEDULE**

---

This memorandum serves as notification of a restitution payment schedule agreed upon by the above probation officer and probationer.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-supervised probationer has presented financial information to the U.S. Probation Office from which a payment schedule has been established. Mr. Gracie has agreed to pay his court-ordered restitution of $144,037.77 in monthly installments of $80.00.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

_____
John G. Marshall
Supervising U. S. Probation Officer

Payment Schedule Is Approved:

_____
The Honorable Morris E. Lasker
Senior U. S. District Court Judge